

# NUMBER 13-21-00122-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

NORTHPOINT JAGUAR, INC. D/B/A
CHASE MOTOR CREDIT,                                                                 Appellant,

**v.**

BILLY ALKABOUNI,                                                                         Appellee.

---

**On appeal from the 157th District Court
of Harris County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's amended motion to dismiss appeal.[1]

---

[1] This case is before the Court on transfer from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered appellant's unopposed amended motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellant's amended motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

CLARISSA SILVA
Justice

Delivered and filed on the
12th day of August, 2021.